UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC, Appellant | : : : : | |
|---|---|---|
| v. | : : | File No. 1:08-cv-160 |
| WALTER C. MUNZBERG and MARILYN MUNZBERG, Appellees | : : : | |

## ORDER AND BRIEFING SCHEDULE

Upon review of the parties' responses to the Court's recent Order regarding the stay and briefing schedule, it is hereby ORDERED as follows:

1.  The stay of the briefing schedule and cross-appeal is lifted.

2.  Appellant's brief shall be filed on or before February 10, 2010.

3.  Appellees' brief shall be filed within 15 days after service of the Appellant's brief.

4.  Appellant's reply brief shall be filed within 10 days of service of the Appellees' brief.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 25th day of January, 2010.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge